```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CRIMINAL DOCKET PARTY INFORMATION FOR CASE F00-0016--CR (JKS)
                      "USA V CRIST ALBERT BIGLER ET AL"
                         DEF 1.1 BIGLER, CRIST ALBERT

           Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
     Magistrate Judge: The Honorable Thomas E. Fenton, U.S. Magistrate Judge
               Filed: 04/19/00
              Closed: 04/16/02
  No. of Defendants: 4
      MJ Case Number:
                 AKA:
     Location status: Other Custody
          Trial date:
          Terminated: YES
  Needs interpreter: NO
   Counsel of record: Crist Bigler
                      Pro Per: 13781-006
                      Sheridan Fed Correctional
                      Institution
                      Sheridan, OR 97378
                      Serve: YES
                       Type: Waived or Self
                       Role: 2255 Motion


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record: Stephen Cooper
                      U.S. Attorney's Office
                      101 12th Avenue, Box 2
                      Fairbanks, AK 99701
                      907-456-0245
                      FAX 907-456-0577
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial


  Counts re: DEF 1.1 BIGLER, CRIST ALBERT
```

| Document   | Count | Citation and Description                                                              | Disposition         |
|------------|-------|---------------------------------------------------------------------------------------|---------------------|
| 1 - 1 IND  | 1     | 21:846 CONSPIRACY TO MANUFACTURE CONTROLLED SUBSTANCE (F)                             | Sentenced (117-1)   |
| 1 - 1 IND  | 3     | 21:841(d) POSSESSION OF LISTED CHEMICAL WITH INTENT TO MANUFACTURE CONTROLLED SUBSTANCE (F) | Sentenced (117-1)   |
| 1 - 1 IND  | 4     | 21:841(d) POSSESSION OF LISTED CHEMICAL WITH INTENT TO MANUFACTURE CONTROLLED SUBSTANCE (F) | Sentenced (117-1)   |
| 1 - 1 IND  | 5     | 21:841(d) POSSESSION OF LISTED CHEMICAL WITH INTENT TO MANUFACTURE CONTROLLED SUBSTANCE (F) | Sentenced (117-1)   |
| 1 - 1 IND  | 6     | 21:841(d) POSSESSION OF LISTED CHEMICAL WITH INTENT TO MANUFACTURE CONTROLLED SUBSTANCE (F) | Sentenced (117-1)   |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET PARTY INFORMATION FOR CASE F00-0016--CR (JKS)
                        "USA V CRIST ALBERT BIGLER ET AL"
                          DEF 1.1 BIGLER, CRIST ALBERT

            Including terminated defendants, excluding terminated counsel


   1 -   1 IND    9      21:841(a)(1) MANUFACTURING CONTROLLED SUBSTANCE      Sentenced
                         (F)                                                  (117-1)

   1 -   1 IND   10      21:841(a)(1) POSSESSION OF CONTROLLED SUBSTANCE      Sentenced
                         WITH INTENT TO DISTRIBUTE (F)                        (117-1)

   1 -   1 IND   11      21:841(a)(1) POSSESSION OF CONTROLLED SUBSTANCE      Sentenced
                         WITH INTENT TO DISTRIBUTE (F)                        (117-1)
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET PARTY INFORMATION FOR CASE F00-0016--CR (JKS)
                            "USA V CRIST ALBERT BIGLER ET AL"
                               DEF 2.1 HYSONG, KARI JANE

                  Including terminated defendants, excluding terminated counsel
```

```
       Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
      Magistrate Judge:  The Honorable Thomas E. Fenton, U.S. Magistrate Judge
                Filed:  04/19/00
               Closed:  04/16/02
   No. of Defendants:  4
       MJ Case Number:
                  AKA:
      Location status:  Released on Own Recognizance
           Trial date:
           Terminated:  YES
    Needs interpreter:  NO
     Counsel of record: F. Richard Curtner
                        Federal Public Defender Agency
                        550 W. 7th Avenue, Suite 1600
                        Anchorage, AK 99501
                        907-646-3412
                        FAX 907-646-3480
                        Serve: YES
                         Type: FPD
                         Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:     Stephen Cooper
                        U.S. Attorney's Office
                        101 12th Avenue, Box 2
                        Fairbanks, AK 99701
                        907-456-0245
                        FAX 907-456-0577
                        Serve: YES
                         Type: Not specified
                         Role: Pretrial/Trial


Counts re: DEF 2.1 HYSONG, KARI JANE
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 21:846 CONSPIRACY TO MANUFACTURE CONTROLLED SUBSTANCE (F) | Dismissed (125-1) |
| 1 - 1 IND | 2 | 21:856(a)(2) MAINTAINING PLACE FOR MANUFACTURING CONTROLLED SUBSTANCE (F) | Dismissed (125-1) |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE F00-0016--CR (JKS)
                         "USA V CRIST ALBERT BIGLER ET AL"
                           DEF 3.1 TUNE, KASIA VICTORIA

                 Including terminated defendants, excluding terminated counsel


    Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:  The Honorable Thomas E. Fenton, U.S. Magistrate Judge
              Filed: 04/19/00
             Closed: 04/16/02
 No. of Defendants: 4
     MJ Case Number:
                AKA: KASIA VICTORIA COLLINS
    Location status: Released on Bond
         Trial date:
         Terminated: YES
 Needs interpreter: NO
 Counsel of record: None specified


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Stephen Cooper
                    U.S. Attorney's Office
                    101 12th Avenue, Box 2
                    Fairbanks, AK 99701
                    907-456-0245
                    FAX 907-456-0577
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


 Counts re: DEF 3.1 TUNE, KASIA VICTORIA

 Document             Count     Citation and Description                          Disposition
 ────────             ─────     ────────────────────────                          ───────────
      1 -   1 IND       1       21:846 CONSPIRACY TO MANUFACTURE CONTROLLED       Dismissed
                                SUBSTANCE (F)                                     (55-2)
     54 -   1          12-S     18:1956-3300 MONEY LAUNDERING (F)                 Transferred
                                                                                  (55-2
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE F00-0016--CR (JKS)
                                 "USA V CRIST ALBERT BIGLER ET AL"
                                    DEF 4.1 FIRESTONE, RALPH STEPHEN

                         Including terminated defendants, excluding terminated counsel


      Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
     Magistrate Judge:  The Honorable Thomas E. Fenton, U.S. Magistrate Judge
               Filed:  04/19/00
              Closed:  04/16/02
   No. of Defendants:  4
      MJ Case Number:
                 AKA:
     Location status:  U.S. Custody
          Trial date:
          Terminated:  YES
   Needs interpreter:  NO
    Counsel of record: Richard W. Wright
                       Attorney at Law
                       250 Cushman Street, Ste 500
                       Fairbanks, AK 99701
                       907-451-8605
                       FAX 907-451-8607
                       Serve: YES
                        Type: CJA
                        Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Stephen Cooper
                    U.S. Attorney's Office
                    101 12th Avenue, Box 2
                    Fairbanks, AK 99701
                    907-456-0245
                    FAX 907-456-0577
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial



Counts re: DEF 4.1 FIRESTONE, RALPH STEPHEN

Document          Count     Citation and Description                              Disposition
─────────────────────────────────────────────────────────────────────────────────────────────
    1 -    1 IND     1      21:846 CONSPIRACY TO MANUFACTURE CONTROLLED           Dismissed
                            SUBSTANCE (F)                                         (90-1)

    1 -    1 IND     8      21:841(d) POSSESSION OF LISTED CHEMICAL WITH          Sentenced
                            INTENT TO MANUFACTURE CONTROLLED SUBSTANCE (F)        (90-1)
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE F00-0016--CR (JKS)
                            "USA V CRIST ALBERT BIGLER ET AL"

                                   For all filing dates


  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge: The Honorable Thomas E. Fenton, U.S. Magistrate Judge
             Filed: 04/19/00
            Closed: 04/16/02
No. of Defendants: 4


Document #   Filed      Docket text
_____   _____   _____

     1 -  1  04/19/00   [Re: DEF 1-4] PLF 1 Indictment.

  NOTE -  1  05/19/00   Issued: summons re:D-2.

     2 -  1  05/19/00   [Re: DEF 1-4] JWS Grand Jury Minutes re:Def 1,3,4, WOA, no bail, Summons
                        issued to D-2 after case is unsealed.

  NOTE -  2  05/22/00   [Re: DEF 3] USM Notice of Arrest; defendant arrested District of
                        Washington, def released on bond to in patient treatment center.

     3 -  1  05/22/00   [Re: DEF 3] PLF 1 Return of WOA, def arrested 5/3/00.

    3A-  1  06/12/00    Return of executed summons re: def 2.

     4 -  1  06/13/00   DEF 2 Unopposed Motion for shortened time to continue arr set for
                        06/16/00 for 30 days.

     5 -  1  06/16/00   [Re: DEF 2] TEF Order granting unopposed mot to continue arr.  Arr set
                        for 06/16/00 is vacated, and rescheduled to Friday July 21,2000 at 2:15
                        p.m. cc: USA, FPD, PO, USM

     6 -  1  06/29/00   DEF 2 motion for transportation from Centralia, Washington to Fairbanks,
                        Alaska w/proposed order.

     7 -  1  07/12/00   [Re: DEF 2] TEF Order granting motion for transportation from Centralia,
                        Washington to Fairbanks, Alaska (6-1) cc:USA,USM,FPO,FPD.

     8 -  1  07/21/00   [Re: DEF 2] TEF Order granting oral motion for transportation from
                        Fairbanks to Centralia 07/21/00. cc: USA, FPD, PO, USM, Judge Singleton

     9 -  1  07/21/00   [Re: DEF 2] Order setting conditions of release.  cc:USA,USM,FPO,FPD.

    10 -  1  07/21/00   DEF 2 Financial Affidavit.

    11 -  1  07/21/00   [Re: DEF 2] TEF Order regarding preparation for trial. cc:USA,FPD.

    12 -  1  07/24/00   [Re: DEF 2] TEF Court Minutes [ECR: Pam Wertz] re: arraignment held
                        7/21/00 def plead not guilty to count 1, 2, and 7, FPD appointed,
                        conditions of release filed, court granted motion for transportation to
                        Centralia, WA from Fairbanks.  Off record: counsel given order regarding
                        preparation of trial. cc:USA,USM,FPD,FPO.

    13 -  1  08/03/00   [Re: DEF 2] JKS Minute Order setting trial by jury for 9/18/00 at 9:00
                        a.m. at Fairbanks & FPTC set for 9/14/00 at 8:30am in Anchorage. cc:
                        USA,FPD, Fairbanks Deputy Clerk, USM, PO, MJ Fenton, ECR

    14 -  1  08/03/00   PLF 1; DEF 2 Notice of discovery conference held 7/21/00.

    15 -  1  08/11/00   DEF 4 Attorney Appearance by Richard Wright.


ACRS: R_RDSDX                   As of 12/27/05 at 09:10 AM by GARRY                      Page 1
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE F00-0016--CR (JKS)
                         "USA V CRIST ALBERT BIGLER ET AL"

                               For all filing dates


 Document #   Filed     Docket text

   16 -   1  08/17/00  DEF 1 Petition for Writ of H/C Ad Prosequendem w/lodged order and writ.

   17 -   1  08/18/00  [Re: DEF 1] TEF Order for issuance of writ of habeas corpus ad
                       prosequendum.   cc:USA,USM.

   18 -   1  08/21/00  [Re: DEF 1] TEF Minute Order re: setting arraignment for 9/8/00 at 2:00
                       p.m. before MJ Fenton.  cc:USA,USA,FPO.

   19 -   1  08/21/00  [Re: DEF 4] TEF Minute Order re: setting arraignment for 9/8/00 at
                       2:00p.m. before MJ Fenton.  cc:USA,USM,FPO,R.Wright.

   20 -   1  08/29/00  DEF 4 CJA appointment of Richard Wright.

   20A-   1  09/05/00  [Re: DEF 4] PLF 1 Petition for Writ of H/C Ad Prosequendem w/lodged
                       order and lodged writ of habeas corpus.

   21 -   1  09/06/00  DEF 2 motion for transporation from Centralia, WA to Anchorage, Ak for
                       hearing set for 9/14/00 w/att aff.

 NOTE -   3  09/08/00  Issued: writ of habeas corpus ad prosequendum.

   22 -   1  09/08/00  [Re: DEF 1] TEF Minute Order re: vacating arr set for 9/8/00 rescheduled
                       for  9/15/00 at 2:15 p.m.  cc:USA,USM,FPO,FPD.

   23 -   1  09/08/00  [Re: DEF 2] JKS Order granting motion for transporation from Centralia,
                       WA to Anchorage, Ak for hearing (21-1).  cc: USA, FPD, USM, PO

   24 -   1  09/08/00  [Re: DEF 1] TEF Minute Order re: arr reset for 9/11/00 at 3:00 p.m.
                       cc:USA,USM,FPO,FPD.

   25 -   1  09/08/00  [Re: DEF 4] TEF Order for issuance of writ of habeas corpus ad
                       prosequendum.  cc:USA,USM,FPO,R. Wright.

   25A-   1  09/08/00  [Re: DEF 4] TEF Court Minutes [ECR: Pam Wertz] re: status hrg held
                       9/8/00, court signed writ of writ of habeas corpus.  cc:USA,USM,FPO,FPD.

   26 -   1  09/12/00  [Re: DEF 4] TEF Minute Order setting arr for 09/22/00 at 2:00 p.m. cc:
                       USA/Wright/FPO/USM

   27 -   1  09/12/00  [Re: DEF 1] PLF 1 Financial Affidavit.

   28 -   1  09/12/00  [Re: DEF 1] TEF Order of Detention Pending Hearing set for 9/18/00 at
                       3:00 p.m. cc:USA,USM,FPO,T.Hall.

   29 -   1  09/12/00  [Re: DEF 1] TEF Order regarding preparation for trial.
                       cc:USA,USM,FPO,T. Hall.

   30 -   1  09/12/00  [Re: DEF 1] TEF Court Minutes [ECR: Pam Wertz] re: arraignment held
                       9/11/00, def pled not guilty to cts 1,3,4,5,6,9,10 and 11 of the
                       indictment. CJA counsel appointed, detention hrg set for 9/18/00 at 3:00
                       p.m.  cc:USA,USM,FPO,FPD.

   31 -   1  09/13/00  DEF 2 Notice of Intent to change plea.

   32 -   1  09/13/00  [Re: DEF 2] JKS Minute Order that a PCOP hrg is scheduled for 9/14/00.
                       cc: USA, FPD, USM, PO, MJ Fenton
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE F00-0016--CR (JKS)
                          "USA V CRIST ALBERT BIGLER ET AL"

                                  For all filing dates


 Document #    Filed      Docket text

    33 -   1   09/14/00   DEF 1 motion for discovery w/proposed order.

    33A-   1   09/14/00   [Re: DEF 2] Minute Order re: All documents regarding Kari Jane Hysong
                          are to be filed in F00-0037CR(JKS). cc: USA, Curtner, FPO,USM, Judge
                          Singleton, MJ Fenton

    34 -   1   09/14/00   {SEALED}

    35 -   1   09/15/00   [Re: DEF 1] PLF 1 Report re: discovery conference held 9/15/00.

    36 -   1   09/20/00   [Re: DEF 1] TEF Court Minutes [ECR: Pam Wertz] from counsel/detention
                          hrg (held 09/18/00): Def detained, proposed trial date of 11/13/00. cc:
                          USA, Hall, FPO, USM

    37 -   1   09/20/00   [Re: DEF 1] TEF Order of Detention Pending Trial. cc: USA,Hall, FPO,USM,
                          Judge Singleton

    38 -   1   09/20/00   [Re: DEF 1] PLF 1 response to DEF 1 motion for discovery w/proposed
                          order. (33-1)

    39 -   1   09/21/00   [Re: DEF 4] TEF Minute Order re: arraignment set for 9/22/00 has been
                          vacated and reset for 9/29/00 at 2:15 p.m.  cc:USA,USM,FPO,R.Wright.

    40 -   1   09/22/00   [Re: DEF 1] JKS Minute Order setting trial by jury on 11/13/00 at 9 am
                          in Fairbanks and FPTC set for 11/9/00 at 11 am in Anchorage, Alaska. cc:
                          USA, USM, PO, T.Hall MJ Fenton, Fairbanks Clerk, ECR, Chief Deputy

    41 -   1   09/28/00   PLF 1; DEF 4 joint motion to move the location of arr from Fairbanks to
                          Anchorage.

    42 -   1   09/28/00   DEF 4 motion (ex parte) and memorandum for travel expenses.

    41 -   2   09/29/00   [Re: DEF 4] TEF Order granting motion to move the location of
                          arraignment from Fairbanks to Anchorage (41-1). cc: Cooper,
                          Wright,FPO,USM,MJ Roberts, MJ Branson, Judge Singleton

    43 -   1   09/29/00   [Re: DEF 4] TEF Minute Order vacating arr in Fbks set for 09/29/00;
                          future MJ and arr date to be determined after def arrives in Anchorage.
                          cc: Cooper, Wright, FPO, USM, MJ Roberts, MJ Branson, Judge Singleton

    44 -   1   10/04/00   [Re: DEF 1] CJA appointment of Terrance W. Hall.

  NOTE -   4   10/05/00   [Re: DEF 4] USM Notice of Arrest; defendant arrived in Anch 10/5/00.

    45 -   1   10/05/00   [Re: DEF 4] MDJ Minute Order of arr is set 10/10/00 at 11:00 before MJ
                          Jamin.  cc: USA, R. Wright, USM, PO

    42 -   2   10/06/00   [Re: DEF 4] MDJ Order granting motion and memorandum for travel expenses
                          (42-1).  cc: R. Wright, FPD (CJA Clerk)

    46 -   1   10/06/00   [Re: DEF 4] Return of WOA executed 10/04/0.

  NOTE -   5   10/11/00   {SEALED}

    47 -   1   10/11/00   {SEALED}


ACRS: R_RDSDX                  As of 12/27/05 at 09:10 AM by GARRY                      Page 3
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE F00-0016--CR (JKS)
"USA V CRIST ALBERT BIGLER ET AL"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 48 - | 1 | 10/11/00 | {SEALED} |
| 49 - | 1 | 10/11/00 | {SEALED} |
| 50 - | 1 | 10/12/00 | [Re: DEF 4] JKS Minute Order setting trial by jury for 11/13/00 at 9am in Fairbanks & FPTC is set for 11/9/00 at 11:00am in Anchorage. cc: USA, R. Wright, USM, PO, MJ Fenton, Fairbanks Clerk, ECR |
| 51 - | 1 | 10/12/00 | [Re: DEF 4] PLF 1 Notice (Report) of parties discovery conference held 10/12/00. |
| 52 - | 1 | 10/18/00 | [Re: DEF 1] PLF 1 Supplemental Notice (report) of discovery conference held 10/16. |
| 53 - | 1 | 10/23/00 | PLF 1; DEF 3 Plea Agreement. |
| 54 - | 1 | 10/24/00 | [Re: DEF 3] PLF 1 Superseding information. |
| 55 - | 1 | 10/24/00 | [Re: DEF 3] PLF 1 Consent to Transfer/Rule 20. cc:USA,USM,FPO, Eastern District of Washington. |
| 55 - | 2 | 10/24/00 | [Re: DEF 3] [Judgment] count 1 the Indictment (1-1); rule 20(a)/20 transfer count 12S of document (54-1). |
| 56 - | 1 | 10/27/00 | DEF 4 motion for appropriate relief from the delay in his arraignment from his seizure by federal authorities on 9/22/00 until 10/10/00. |
| 56 - | 2 | 10/27/00 | DEF 4 motion for suppression of any evidence taken from defendant as a result of his arrest and seizure and seizure of his automobile. |
| 56 - | 3 | 10/27/00 | DEF 4 motion for suppression of any evidence gained as a result of the search and seizure of "beeper" signals from a Toluene can prior to issuance of search warrant. |
| 57 - | 1 | 10/30/00 | [Re: DEF 4] TEF Minute Order terminating in light of this order: motion for appropriate relief from the delay as unclear. If def wants to continue trial, he must file a motion to continue trial for Judge Singleton. An evidentiary hrg is set on part 2 and 3 of dkt 56 for 11/06/00 at 9:00 a.m. cc: USA(Cooper), Wright, PO, USM, Judge Singleton |
| 58 - | 1 | 10/31/00 | [Re: DEF 4] PLF 1 opposition to DEF 4 motion for suppression of any evidence taken from defendant as a result of his arrest and seizure and seizure of his automobile. (56-2), DEF 4 motion for suppression of any evidence gained as a result of the search and seizure of "beeper" signals from a Toluene can prior to issuance of search warrant. (56-3) |
| 59 - | 1 | 11/06/00 | [Re: DEF 4] TEF Minute Order re: evidentiary hrg held 11/6/00 rescheduled to 11/7/00 at 9:00 a.m., plf unable to produce def, def counsel indicated that def wants to be present at any hrg. cc:USA,USM,FPO,R.Wright. |
| 59A- | 1 | 11/06/00 | [Re: DEF 4] TEF Court Minutes [ECR: Pam Wertz] re: evidentiary hrg re: mot to suppress, def not present and does not consent to appear telephonically, court continued hrg to 11/7/00 at 9:00 a.m. cc:USA,USM,FPO,R.Wright. |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE F00-0016--CR (JKS)
                            "USA V CRIST ALBERT BIGLER ET AL"

                                   For all filing dates


Document #    Filed      Docket text

    60 -  1   11/07/00   DEF 4 motion to continue trial.

    61 -  1   11/07/00   [Re: DEF 4] TEF Court Minutes [ECR: Pam Wertz] re: continued evidentiary
                         hrg held 11/7/00, parties heard re: mot to suppress, court directed
                         parties to file supplemental cases.  cc:USA,USM,FPO,R.Wright.

    62 -  1   11/07/00   [Re: DEF 4] PLF 1 Response to Order re: supplemental cases re: mot to
                         suppress.

    63 -  1   11/07/00   DEF 4 Response to Order re: supplemental cases re: mot to suppress.

    64 -  1   11/07/00   [Re: DEF 4] PLF 1 non-opposition to DEF 4 motion to continue trial.
                         (60-1) .

    65 -  1   11/07/00   [Re: DEF 1; 4] JKS Court Minutes [ECR: Pam Wertz] re: D-4 granting
                         motion to continue trial (60-1), D-1 pcop scheduled for 11/15/00 at 1:00
                         p.m. in Fairbanks, fptc set for 12/4/00 at 4:30 p.m.
                         cc:USA,USM,FPO,R.Wright,T.Hall.

    66 -  1   11/07/00   [Re: DEF 1] PLF 1 Notice to the court (Information under 21 U.S.C. 851).

    67 -  1   11/15/00   {SEALED}

    68 -  1   11/17/00   {SEALED}

    69 -  1   11/21/00   [Re: DEF 1; 4] (Amended) JKS Court Minutes [ECR: Pam Wertz] re: hrg re
                         mot to continue trial held 11/7/00, D-1 set for PCOP, D-4 trial
                         continued to December 11, 2000, FPTC set for 12/4/00.
                         cc:USA,USM,FPO,T.Hall,R.Wright.

    70 -  1   11/24/00   [Re: DEF 4] JKS Order of excludable delay re: mot to cont trial from
                         11/13/00 to 12/11/00 (28 days, Code T).

    71 -  1   11/28/00   Initial R&R re: DEF 4 motion for suppression of any evidence taken from
                         defendant as a result of his arrest and seizure and seizure of his
                         automobile. (56-2). Objections due 12/01/00.

    71 -  2   11/28/00   Initial R&R re: DEF 4 motion for suppression of any evidence gained as a
                         result of the search and seizure of "beeper" signals from a Toluene can
                         prior to issuance of search warrant. (56-3). Objections due 12/01/00.

    72 -  1   11/29/00   [Re: DEF 4] PLF 1 Notice to the court (Information under 21 U.S.C. 851).

    73 -  1   12/01/00   DEF 4 objection to R&R re: DEF 4 motion for suppression of any evidence
                         taken from defendant as a result of his arrest and seizure and seizure
                         of his automobile. (56-2), DEF 4 motion for suppression of any evidence
                         gained as a result of the search and seizure of "beeper" signals from a
                         Toluene can prior to issuance of search warrant. (56-3)

    74 -  1   12/01/00   Final R&R re: DEF 4 motion for suppression of any evidence taken from
                         defendant as a result of his arrest and seizure and seizure of his
                         automobile. (56-2), DEF 4 motion for suppression of any evidence gained
                         as a result of the search and seizure of "beeper" signals from a Toluene
                         can prior to issuance of search warrant (56-3).  Court continues to
                         recommend that the motion be denied. cc: Cooper, Wright, PO, USM
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE F00-0016--CR (JKS)
                              "USA V CRIST ALBERT BIGLER ET AL"

                                   For all filing dates


 Document #    Filed      Docket text

    75 -  1    12/04/00   DEF 4 Notice of Intent to change plea.

    76 -  1    12/04/00   [Re: DEF 4] JKS Minute Order denying motion for suppression of any
                          evidence taken from defendant as a result (56-2), motion for suppression
                          of any evidence gained as a result of the search (56-3).  cc: S. Cooper,
                          Wright

    77 -  1    12/05/00   [Re: DEF 4] Transcript re: evidentiary hrg on mot to suppress.

    78 -  1    12/06/00   [Re: DEF 4] JKS Court Minutes [ECR: Linda Christensen/Denali Elmore] FPC
                          (held 12/04/00) TBJ set for 12/11/00 in Fairbanks VACATED; COP set for
                          12/13/00 at 10 in Fairbanks. cc: USA, R. Wright, USM, PO, MJ Fenton, Fbk
                          clk, ecr

    79 -  1    12/07/00   {SEALED}

    80 -  1    12/14/00   {SEALED}

    81 -  1    02/15/01   DEF 1 Unopposed Motion on shortened time to extend time to file
                          objections to presentence report and to continue IOS set for 03/09/01 w
                          aff od cnsl.

    82 -  1    02/15/01   {SEALED}

    83 -  1    02/16/01   {SEALED}

    84 -  1    02/16/01   [Re: DEF 1] JWS Order granting #81; IOS of 3/9/01 vacated; counsel to
                          confer & let crt know when new IOS should be set. cc: USA, T. Hall, PO,
                          USM

    84A-  1    02/26/01   DEF 4 Objections to presentence report.

    85 -  1    03/02/01   [Re: DEF 4] PLF 1 Sentencing Memorandum.

    86 -  1    03/05/01   [Re: DEF 1] JKS Minute Order setting status conference 3/9/01 at 8:45
                          a.m. at Fairbanks, Ak.  cc: cnsl, S. Cooper, T. Hall, USPO, USM, MJ
                          Fenton

  NOTE -  6    03/07/01   Notation: Document 84A filed in incorrect case number (F00-0037CR).

    87 -  1    03/07/01   DEF 4 presentence memoradum w/attachments.

    88 -  1    03/09/01   [Re: DEF 1] JKS Court Minutes [ECR: Pam Wertz] re: status hrg re:
                          continuance of ios, court directed parties to file status report by
                          4/26/01, IOS set for 5/3/01 at 8:30 a.m. in Fairbanks, objections to
                          presentence report due 4/1/01.  cc:USA,USM,FPO,T. Hall.

    89 -  1    03/12/01   [Re: DEF 4] JKS Court Minutes [ECR: Pam Wertz] re: IOS held 3/9/01, def
                          sentenced to 84 months to run concurrent with undischaged term of
                          imprisonment in case 99CM2537, 3 years supervised release with the
                          following special conditions: def to participate in substance abuse
                          treatment program to determine whether or not defendant has reverted to
                          the use of drugs or alcohol.  The def is to submit to a warrantless
                          search, shall not possess a firearm, destructive device or other weapon.
                          SA 100.00 due immediately, court recommended def participate in 500 hour
                          drug program, def does not have ability to pay a fine.  Plaintiff
                          dismissed ct 1 of the indictment.  cc:USA,USM,FPO,R.Wright.

 ACRS: R_RDSDX                    As of 12/27/05 at 09:10 AM by GARRY                     Page 6
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE F00-0016--CR (JKS)
                       "USA V CRIST ALBERT BIGLER ET AL"

                                For all filing dates

 Document #    Filed      Docket text
 ──────────    ─────      ──────────

    90 -  1    03/15/01   [Re: DEF 4] JKS Judgment dismissed count 1 of the Indictment (1-1);
                          pleaded guilty to count(s) 8 of the Indictment (1-1); Imprisonment 84
                          months; SR 36 months w/ special conditions; SA $100.00.  cc: S. Cooper,
                          R. Wright, DEF cyw/cnsl, USM, PO, FLU, MJ Fenton

    91 -  1    04/02/01   {SEALED}

    91 -  2    04/11/01   {SEALED}

    92 -  1    04/19/01   USM Return of writ of habeas corpus ad prosequendum re: DEF 4 executed
                          on 10/4/00.

    93 -  1    04/26/01   {SEALED}

    94 -  1    04/30/01   [Re: DEF 1] JKS Minute Order re: IOS set 5/3/01 is VACATED and RESET for
                          7/27/01 at 8:30 a.m. in Fairbanks, Ak.  cc: S. Cooper, T. Hall, USM, PO

    95 -  1    05/01/01   {SEALED}

    96 -  1    05/01/01   {SEALED}

    97 -  1    05/01/01   DEF 1 non-opposition to DEF 1 motion on shortened time for consideration
                          of motion filed under seal w/proposed order. (95-1), DEF 1 motion to
                          keep defendant in the district until further order of this court
                          w/proposed order. (96-1).

    98 -  1    05/01/01   [Re: DEF 1] JKS Order granting motion to keep defendant in the district
                          until further order of this court (96-1).  cc: S. Cooper, T. Hall, USM,
                          USPO

    99 -  1    05/01/01   [Re: DEF 1] JKS Order granting motion on shortened time for
                          consideration of motion filed under seal (95-1).  cc: S. Cooper,  T.
                          Hall, USM, PO

   100 -  1    05/18/01   {SEALED}

   101 -  1    05/21/01   {SEALED}

   102 -  1    07/20/01   {SEALED}

   103 -  1    07/20/01   [Re: DEF 1] PLF 1 Sentencing Memorandum.

   104 -  1    07/23/01   {SEALED}

   105 -  1    07/24/01   [Re: DEF 1] JKS Order granting motion on shortened time for
                          extraordinary compensation (104-1). cc: T. Hall, FPD/CJA

   106 -  1    07/26/01   [Re: DEF 1] PLF 1 Unopposed motion to continue sentencing until at least
                          the end of Sept to allow resolution of 5K1.1 issues.

   107 -  1    07/26/01   [Re: DEF 1] JKS Minute Order setting telephonic stat conf for 7/26/01 at
                          4:00 p.m. at Anchorage, Alaska. cc: USA, T. Hall, USPO

   108 -  1    08/01/01   {SEALED}

   109 -  1    08/24/01   {SEALED}
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE F00-0016--CR (JKS)
                            "USA V CRIST ALBERT BIGLER ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 110 - 1 | 08/27/01 | {SEALED} |
| 111 - 1 | 09/13/01 | {SEALED} |
| 112 - 1 | 09/14/01 | {SEALED} |
| 113 - 1 | 09/25/01 | {SEALED} |
| 114 - 1 | 12/20/01 | {SEALED} |
| 115 - 1 | 12/20/01 | {SEALED} |
| 116 - 1 | 12/26/01 | {SEALED} |
| 117 - 1 | 01/02/02 | {SEALED} |
| 118 - 1 | 01/03/02 | [Re: DEF 1] PLF 1 motion to unseal judgment w/proposed order. |
| 119 - 1 | 01/14/02 | {SEALED} |
| 120 - 1 | 01/24/02 | {SEALED} |
| 121 - 1 | 02/04/02 | {SEALED} |
| 121 - 2 | 02/07/02 | {SEALED} |
| 122 - 1 | 02/07/02 | [Re: DEF 1] JKS Minute Order hearing re: plf's motion to unseal the judgment (dkt 118) is set for 2/19/02 at 8:30 a.m. at Anchorage, Ak. cc: S. Cooper, T. Hall, USM, USPO |
| 123 - 1 | 02/20/02 | {SEALED} |
| 124 - 1 | 04/05/02 | [Re: DEF 2] PLF 1 Dismissal Notice (Party) re: Defendant 2, Kari Hysong of Indictment. |
| 124 - 2 | 04/15/02 | [Re: DEF 2] JKS Order dismissing D2. cc: USA, USM, PO, FPD |
| 125 - 1 | 04/16/02 | [Re: DEF 2] JKS Judgment of Discharge dismissed or Other count(s) 1,2 of the Indictment (1-1). cc: USA, USM, PO, FPD, def (by FPD) |
| 126 - 1 | 05/28/02 | USM Return of writ of habeas corpus ad prosequendum executed on DEF 1 on 9/8/00; 1/9/02. |
| 127 - 1 | 07/25/02 | {SEALED} |
| 128 - 1 | 04/01/03 | USM Return of svc on judgment re: DEF 4 on 3/6/03 to FCI Big Spring, TX. |
| 129 - 1 | 01/24/05 | DEF 1 motion under 28 USC 2255 to vacate, set aside or correct sentence by a person in federal custody. cc: F05-0003CV(JKS) |
| 130 - 1 | 02/07/05 | [Re: DEF 1] JWS Order denying motion under 28 USC 2255 to vacate, set aside or correct sentence by a person (129-1). USA, C. Bigler |
| 131 - 1 | 02/07/05 | [Re: DEF 1] JWS Judgment re def's 28:2255 is dismissed. cc: USA, C. Bigler |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE F00-0016--CR (JKS)
                          "USA V CRIST ALBERT BIGLER ET AL"

                                  For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 132 - 1 | 02/28/05 | DEF 1 motion (request) for certificate of appealability. |
| 133 - 1 | 04/29/05 | [Re: DEF 1] JKS Order granting w/o prejudice motion (request) for certificate of appealability but ultimately denying retroactivity (132-1). cc: USA, C. Bigler, Appeals Clerk |
| NOTE - 7 | 05/12/05 | Notation: Transmittal: NOA. |
| 134 - 1 | 05/12/05 | DEF 1 appeal to 9CCA of (131-1) filed 02/07/05. cc:cnsl, Judge, 9CCA, Crist A. Bigler. |