UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
JUL 12 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 05-35474 |
|---|---|
| Plaintiff - Appellee, | D.C. Nos. CV-05-00003-JKS |
| v. | CR-00-00016-01-JKS |
| | District of Alaska, Fairbanks |
| CRIST A. BIGLER, | |
| Defendant - Appellant. | ORDER |

**RECEIVED**
JUL 17 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Proceedings in this case shall be held in abeyance pending the United States Supreme Court's resolution of *Burton v. Waddington*, 142 Fed. Appx. 297 (9th Cir. 2005), *cert. granted*, 2006 WL 393368 (U.S. June 5, 2006) (No. 05-9222), or further order of this court.

For the Court

Susan Soong
Susan Soong
Staff Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

S:RESEARCH\Orders\ClerkOrders\05 Orders\05-35474.burton.wpd