**FILED**

**JAN 12 2007**

CATHY A. CATTERSON
CLERK U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**RECEIVED**

JAN 1 6 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>CRIST A. BIGLER,<br><br>Defendant - Appellant. | No. 05-35474<br><br>D.C. Nos. CV-05-00003-JKS<br>CR-00-00016-01-JKS<br>District of Alaska,<br>Fairbanks<br><br>ORDER |

The stay of this appeal is lifted because the Supreme Court has filed its decision in *Burton v. Stewart*, No. 05-9222, 2007 WL 43832 (U.S. Jan. 9, 2007).

For the Court

[signature]

Keith Hilzendeger
Staff Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A