**FILED**

NOT FOR PUBLICATION

FEB 28 2007

UNITED STATES COURT OF APPEALS

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

RECEIVED

APR 2 7 2007

CLERK, U.S. _____ COURT
ANCHORAGE, ALASKA

| UNITED STATES OF AMERICA, | No. 05-35474 |
|---|---|
| Plaintiff - Appellee, | D.C. Nos. CV-05-00003-JKS |
| v. | CR-00-00016-01-JKS |
| CRIST A. BIGLER, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Alaska
James K. Singleton, Senior District Judge, Presiding

Submitted February 20, 2007**

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

Federal prisoner Crist A. Bigler appeals *pro se* from the district court's judgment denying his motion under 28 U.S.C. § 2255. We have jurisdiction under

---

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

28 U.S.C. §§ 1291 and 2253. We review *de novo*, *United States v. Rodrigues*, 347 F.3d 818, 823 (9th Cir. 2003), and we affirm.

Bigler contends that the district court sentenced him on the basis of a greater quantity of drugs than that mentioned in the indictment, in violation of *United States v. Booker*, 543 U.S. 220 (2005). Bigler's conviction became final on direct review in 2001, and this court has held that *Booker* does not apply retroactively to such cases. *See United States v. Cruz*, 423 F.3d 1119, 1121 (9th Cir. 2005) (per curiam). The district court thus correctly determined that *Booker* affords Bigler no relief.

We deny Bigler's motion to broaden the certificate of appealability. *See* 28 U.S.C. § 2253(c)(2); *Hiivala v. Wood*, 195 F.3d 1098, 1104-05 (9th Cir. 1999) (per curiam). We construe Bigler's briefing of issues not certified for appeal as a motion to broaden the certificate of appealability, and we deny the motion. *See* 9th Cir. R. 22-1(e); *Hiivala*, 195 F.3d at 1104-05.

Finally, we deny Bigler's request for appointment of counsel as moot.

**AFFIRMED.**

A TRUE COPY
ATTEST    4/24/07
CATHY A. CATTERSON
Clerk of Court
by:
Deputy Clerk