PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska

### Request for Modification of Conditions or Term of Supervised Release
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Ralph Stephen Firestone           Case Number: F00-0016-4CR (JKS)

Sentencing Judicial Officer:   James K. Singleton, Senior U.S. District Court Judge

Date of Original Sentence:   March 9, 2001

Original Offense:   Possession of a Listed Chemical to Manufacture a Controlled Substance

Original Sentence:   84 months imprisonment, three years supervised release and $100 special assessment

Date Supervision Commenced: December 22, 2006

### PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

The defendant shall participate in a substance abuse treatment program as directed by the probation officer which may include urinalysis testing to determine if the defendant has used drugs or alcohol. In addition to urinalysis testing that may be part of a formal drug treatment program, the defendant shall submit up to eight (8) urinalysis tests per month.

### CAUSE

On December 22, 2006, the defendant was released from the Bureau of Prisons, to the District of Oregon, at which time the defendant began his three year term of supervised release. The above modification is sought in order to drug test in this case in compliance with *U.S. v. Stephens*, No. 04-501170, 2005 WL 2106158 (9th Cir. Sept. 2, 2005).

*Request for Modification of Conditions or Term*
*Ralph Stephen Firestone*
*F00-0016-4CR (JKS)*

Respectfully submitted,

**REDACTED SIGNATURE**

Toni M. Ostanik
U.S. Probation/Pretrial Services Officer
Date: November 5, 2007

Approved by:

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

[X] The Modification of Conditions as Noted Above
[ ] No Action
[ ] Other:

_____

_____

/s/James K. Singleton, Jr.
_____

James K. Singleton
Senior U.S. District Court Judge

Date:  November 8, 2007

-2-

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON—PROBATION OFFICE

## WAIVER OF HEARING TO MODIFY CONDITIONS OF PROBATION/SUPERVISED RELEASE

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release.

> The defendant shall participate in a substance abuse treatment program as directed by the probation officer which may include urinalysis testing to determine if the defendant has used drugs or alcohol. In addition to urinalysis testing that may be part of a formal drug treatment program, the defendant shall submit up to eight (8) urinalysis tests per month.

Witness: REDACTED SIGNATURE
U.S. Probation Officer

Signed: _____
Probationer or Supervised Releasee
**FIRESTONE, Ralph Stephen**

Date: 10/23/07